PROB 12C  
(6/16)

Report Date: May 20, 2022

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 23, 2022

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Robert Silvio Agli                    Case Number: 0980 4:19CR06043-SAB-1

Address of Offender: ███████████, Richland, Washington 99352

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 15, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearms, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 40 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: | May 4, 2022 |
| Defense Attorney: | David Matthew Miller | Date Supervision Expires: | May 3, 2025 |

## PETITIONING THE COURT

To issue a warrant.

On May 4, 2022, Robert Agli released from the Bureau of Prisons and reported to the U.S. Probation office in Richland, Washington. At that time, his supervised release conditions were reviewed with Mr. Agli.  He signed his judgment, acknowledging an understanding of his conditions. He was also provided a copy.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: Robert Agli is considered in violation of his supervised release by using a controlled substance on or about May 13, 2022.<br><br>Mr. Agli was required to report to the U.S. Probation office to complete a referral for a substance abuse evaluation and drug testing on May 11, 2022, at 1 p.m. He failed to report as required, but contacted this office stating he forgot as he was wrong on what day it was. The appointment was rescheduled to May 13, 2022, at 1 p.m. He failed to report as instructed.  At about 2 p.m. that same day, Mr. Agli contacted this officer by phone to advise he had relapsed and used drugs. He was not specific on what type of drugs he used, however, he stated he was going to find and enter a detox clinic that same day. Mr. Agli stated he would contact this office from the facility or as soon as he was released.  As of this date, Mr. Agli has not contacted this office and his whereabouts is unknown. |

Prob12C
Re: Agli, Robert Silvio
May 20, 2022
Page 2

| | |
|---|---|
| 2 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation office, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Robert Agli is considered in violation of his supervised release by failing to report as required since on or about May 13, 2022.

As noted in violation 1, Mr. Agli was to scheduled to report to the U.S. Probation Office on May 13, 2022, at 1 p.m. He failed to report, but did contact this officer by phone to advise he had relapsed and would be entering a detox clinic. Mr. Agli was to have contacted this officer while at the clinic or immediately after being discharged.

On May 17, 2022, this officer attempted to contact Mr. Agli at his two known contact telephone numbers. There was no answer at either number and a voice mail message could not be left at either number. To date, Mr. Agli has failed to contact this officer as required.

This officer was able to contact Mr. Agli's mother by phone on May 20, 2022. She advised she had not seen or heard from Mr. Agli since the previous Friday (May 13, 2022). Currently his whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 20, 2022

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

5/23/2022
Date