PROB 12C
(6/16)

Report Date: August 8, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 08, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Robert Silvio Agli | Case Number: 0980 4:19CR06043-SAB-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Spokane Valley, Washington 99206 | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 15, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | | |
| Original Sentence: | Prison - 40 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (January 23, 2024) | Prison - 85 Days; TSR - 33 Months | | |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: | January 25, 2024 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: | October 24, 2026 |

## PETITIONING THE COURT

**To issue a SUMMONS.**

On March 6, 2024, Mr. Robert Agli signed his conditions relative to case number 4:19CR06043-SAB-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Agli is alleged to have violated mandatory condition number 3 by ingesting methamphetamine, previously occurring on or about July 29, 2024, based on both urinalysis testing and the client's admission of such use. |
| | Specifically, on August 2, 2024, the undersigned officer received a phone call from the subject's current primary outpatient chemical dependency treatment provider, who indicated the subject tested positive for methamphetamine during random urinalysis testing with their agency on July 29, 2024, based on laboratory confirmation. The lab report, which was referenced as a part of the call, was later provided to the undersigned officer via e-mail in |

Prob12C
Re: Agli, Robert Silvio
August 8, 2024
Page 2

which the undersigned officer was able to review and verify the confirmed positive urinalysis test result for methamphetamine occurring on July 29, 2024.

On August 6, 2024, Mr. Agli was contacted by the undersigned officer at his place of employment and confronted about the test result. While Mr. Agli initially denied relapse, he subsequently admitted having ingested methamphetamine on or about July 27, 2024, following his association with other tenants at his current apartment complex who produced methamphetamine. Mr. Agli did sign a drug use admission form serving to memorialize the admission.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 8, 2024

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_Stanley A. Bastian_
Signature of Judicial Officer

8/8/2024
Date