PROB 12C
(6/16)

Report Date:  September 10, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 11, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Silvio Agli                Case Number: 0980 4:19CR06043-SAB-1

Address of Offender: ██████████████████ Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 15, 2021

| | |
|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 40 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: (January 23, 2024) | Prison - 85 Days; TSR - 33 Months | |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: January 25, 2024 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: October 24, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/08/2024.

On March 6, 2024, Mr. Robert Agli signed his conditions relative to case number 4:19CR06043-SAB-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer. |

**Supporting Evidence**: Mr. Agli is alleged to have violated standard condition number 8 by associating and temporarily residing with an individual known to him to have a felony record, most recently occurring on or about September 6, 2024, based on the subject's own admission to both law enforcement and the undersigned officer.

On April 26, 2024, the undersigned officer received notification from local law enforcement of Mr. Agli having made a report to police describing being the victim of theft and in which he identified who he believed to be the suspect in the case. Mr. Agli was contacted and

Prob12C
**Re: Agli, Robert Silvio**
**September 10, 2024**
**Page 2**

admitted to having engaged in a relationship with the suspect prior to being victimized. The suspect's criminal history was reviewed by the undersigned officer and she was determined to have a felony record, with at that time, multiple pending matters without adjudication.

On April 29, 2024, Mr. Agli was contacted by the undersigned officer and advised that his contact with the suspect was not appropriate based on his Court ordered standard condition number 8, and he was both directed to not have further contact with her, and was reminded of his obligations under standard condition number 8, which he acknowledged.

On September 9, 2024, the undersigned officer received a multitude of police reports describing events that occurred between September 6 and 8, 2024, between Mr. Agli and the same individual described in the preceding paragraph. The reports describe accusations made between the parties, and Mr. Agli ultimately acquiring a no contact order against the party. Of note, the reports also included statements made by both parties to law enforcement that they had been residing together at the subject's current address of record. Mr. Agli subsequently reported as directed on the day in question, and admitted to ongoing contact with the party, admitting he had allowed her to reside with him for the past few weeks. At no time did Mr. Agli make notification to the undersigned officer or seek the undersigned officer's approval to have contact with the party in question.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | September 10, 2024 |
| | s/Chris Heinen |
| | Chris Heinen<br>U.S. Probation Officer |

**THE COURT ORDERS**

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition
     with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

9/11/2024
_____
Date