PROB 12C
(6/16)

Report Date: September 18, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Robert Silvio Agli | Case Number: 0980 4:19CR06043-SAB-1 |
| Address of Offender: ███████████ Spokane Valley, Washington 99206 | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 15, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | | |
| Original Sentence: | Prison - 40 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (January 23, 2024) | Prison - 85 Days; TSR - 33 Months | | |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: | January 25, 2024 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: | October 24, 2026 |

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/08/2024, and 09/10/2024.

On March 6, 2024, Mr. Robert Agli signed his conditions relative to case number 4:19CR06043-SAB-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Agli is alleged to have violated mandatory condition number 3 by ingesting codeine, previously occurring on or about September 9, 2024, based on urinalysis testing. |
| | Specifically, on September 9, 2024, Mr. Agli reported to the U.S. Probation Office in Spokane for urinalysis testing, among other obligations. Mr. Agli subsequently submitted a urinalysis sample that tested presumptive positive for morphine. Mr. Agli denied any such use. |

Prob12C
Re: Agli, Robert Silvio
September 18, 2024
Page 2

On September 16, 2024, the laboratory test result was received by the undersigned officer, which confirmed Mr. Agli's urinalysis sample on September 9, 2024 was positive for codeine. On September 18, 2024, Mr. Agli was contacted telephonically and denied any use of codeine, but did indicate that he does on occasion take over the counter ibuprofen and Tylenol for pain as needed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 18, 2024

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

9/20/2024
Date