PROB 12C
(6/16)

Report Date: May 12, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 13, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Robert Silvio Agli | Case Number: 0980 4:19CR06043-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99207 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: December 15, 2021 | |
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) |
| Original Sentence: | Prison - 40 Months; TSR - 36 Months |
| Type of Supervision: Supervised Release | |
| Revocation Sentence: (January 23, 2024) | Prison - 85 Days; TSR - 33 Months |
| Asst. U.S. Attorney: | Michael Davis Murphy |
| Date Supervision Commenced: January 25, 2024 | |
| Defense Attorney: | Carter Liam Powers Beggs |
| Date Supervision Expires: November 4, 2026 | |

## PETITIONING THE COURT

**To issue a SUMMONS**

On March 6, 2024, Mr. Robert Agli signed his conditions relative to case number 4:19CR06043-SAB-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |
| | **Supporting Evidence**: Mr. Agli is alleged to have violated standard condition number 3 by traveling into the District of Idaho without permission on or about April 29, 2025. |
| | Specifically, on April 29, 2025, the undersigned officer received an automated notification indicating that the subject's name had been run by the Post Falls Police Department in Idaho. On May 6, 2025, a police report was received which served to document a traffic stop that had occurred in Post Falls, Idaho, on April 29, 2025, at 11:19 p.m. Law enforcement initially conducted the stop on a black Honda Pilot after observing that the vehicle did not have a visible license plate or a properly functioning right tail light. |

Prob12C
**Re: Agli, Robert Silvio**
May 12, 2025
Page 2

During the stop conducted, law enforcement reported a total of four people in the vehicle, and while the subject's name was not specifically mentioned in the report, his involvement was determined based on the initial automated notification received. Law enforcement requested that a K9 "sniff" be conducted of the vehicle, and the animal subsequently presented several changes in behavior consistent with the animal's detection of an "odor of illegal narcotics." A search of the vehicle was conducted in which one of the passengers was determined to be in possession of drug paraphernalia and "THC wax." The passenger was cited for both, and the driver was cited for a vehicle equipment infraction and the parties were released.

On May 6, 2025, Mr. Agli was contacted telephonically and he admitted traveling into Idaho on or about April 29, 2025, but advised that he thought this was allowable, as he had observed "District of Idaho" printed on some of his Court paperwork. Mr. Agli was reminded that the District of Idaho is not his district of residency and that his presence outside of the Eastern District of Washington requires permission from the U.S. Probation Office.

2     **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: Mr. Agli is alleged to have violated standard condition number 8 by associating with a party known to him to have a criminal record on or about April 29, 2025, in Post Falls, Idaho.

On December 20, 2024, a petition was submitted to the Court outlining multiple violations that Mr. Agli was alleged to have committed while on supervised release. The third alleged violation in that petition was an alleged violation of standard condition number 8 that Mr. Agli had engaged in contact with a known convicted felon, who had been located in his residence, and at that time possessed an active warrant. Mr. Agli was advised that his contact with the party was not appropriate or allowable based on her history and circumstances, to which he stated his understanding. On February 20, 2025, Mr. Agli presented before Your Honor and admitted to the violation as alleged.

On April 29, 2025, Mr. Agli was contacted by law enforcement in Post Falls, Idaho, as a passenger in a vehicle during a traffic stop. The third party referenced in the petition dated December 20, 2024, and as outlined herein, was also contacted by law enforcement as a passenger in the vehicle. On May 6, 2025, Mr. Agli was contacted telephonically as to his continued association with the party in question. Mr. Agli admitted contact with the party, but advised he had ridden to Post Falls, Idaho, with a female friend when, unknowingly to him, they stopped to pick up two additional individuals on their way, one of which was the female in question. Mr. Agli indicated he did not get out of the car during the incident as they were outside of Spokane, and he did not know exactly where they were.

3     **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: Mr. Agli is alleged to have violated standard condition number 9 by failing to report law enforcement contact to the undersigned officer within 72 hours,

Prob12C
Re: Agli, Robert Silvio
May 12, 2025
Page 3

following being contacted by law enforcement officers during a traffic stop on April 29, 2025, in Post Falls, Idaho.

On April 29, 2025, Mr. Agli was contacted by law enforcement in Post Falls, Idaho, as a passenger in a vehicle during a traffic stop. During the stop, a K9 dog detected the scent of illicit substances, and as a result the vehicle was emptied of passengers, and the passengers were identified. A search of the vehicle yielded "THC wax" and drug paraphernalia that was attributed to another passenger in the vehicle. Mr. Agli is also alleged to have been in contact with a known convicted felon during the incident and out of his designated district of residency without permission. Mr. Agli failed to report the law enforcement contact to the undersigned officer at any point thereafter.

On May 6, 2025, the undersigned officer contacted Mr. Agli telephonically, following receipt of a police report that detailed law enforcement's actions following the traffic stop occurring on April 29, 2025. When questioned, Mr. Agli admitted his involvement and indicated that he had disclosed to law enforcement that he was on federal supervision, but he indicated he had not disclosed the law enforcement contact to the undersigned officer as he was not the primary party they were investigating, and he had also forgotten.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 12, 2025

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Stanley A. Bastian
Signature of Judicial Officer

5/13/2025
Date